IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL AMADO GUERRERO

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 98-1585(SEC)

Section 2255

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 13<br><br>"Petition for Leave of Court to Amend..." | GRANTED. The Court notes that amendment as a matter of right does not proceed but that it is granting petitioner's request due to the limited nature of the amendment. No further leave to amend will be granted. The Clerk shall forward copy of petitioner's motion and attachments to the U.S. Attorney who shall, within 30 days from the date of this Order, reply or otherwise plead to petitioner's submission (if appropriate, the United States shall indicate that no new arguments will be advanced and that the case stands submitted pursuant to the Response filed under Docket No. 11). |

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of July, 2000.

SALVADOR E. CASELLAS
U.S. District Judge