UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL AMADO-GUERRERO
   Petitioner
         v.                     Civil No. 98-1585(SEC)
UNITED STATES OF AMERICA
   Respondent

### ORDER

| MOTION | RULING |
| --- | --- |
| Docket #5<br>Motion to Proceed in Forma Pauperis | Granted. |
| Docket #6<br>Letter by Petitioner | Noted. |
| Docket #8<br>Motion for Leave to Amend Pleadings | Denied. |
| Docket #10<br>United States of America's Motion Requesting a Final Two-Day Extension to Respond | Moot. |

DATE: ~~May~~ June 25, 2001

SALVADOR E. CASELLAS
United States District Judge


