IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL AMADO GUERRERO    \*
                         \*
    Petitioner           \*
                         \*
v.                       \*    Civil No. 98-1585(SEC)
                         \*
UNITED STATES OF AMERICA \*
                         \*
    Respondent           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Pursuant to an Opinion and Order of even date, the above-captioned case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

In San Juan, Puerto Rico, this _20_ day of February, 2002.

SALVADOR E. CASELLAS
United States District Judge

